UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CULLEN DARBY;   Crim. No.. 10-158 (DMC)

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum        ( ) Ad Testificandum

**1. CULLEN DARBY, SBI # 665013, DOB: 2/14/1942** (hereinafter the "Detainee") is now confined at the Northern State Prison.

2. The Detainee is charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint with a violation of Title 18:922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Marshals, NEWARK, New Jersey, for a sentencing before the Honorable Dennis M. Cavanaugh, U.S. District Judge, on Monday, September 17, 2012, at 9:30 a.m. in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 31, 2012

BOHDAN VITVITSKY
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: September 6, 2012

*/s/ Dennis M. Cavanaugh*
Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Central Reception & Assignment Facility:

WE COMMAND YOU that you have the body of

**CULLEN DARBY**
**SBI # 665013, DOB: 2/14/1942**

now confined at the Northern State Prison, P.O. Box 2300, Newark, New Jersey 07114 (tel. 973-465-0068), brought to the U.S. Marshal's in Newark, New Jersey, on Monday, September 17, 2012, so that the Detainee may participate in a sentencing before Judge Dennis M. Cavanaugh beginning at 9:30 a.m. at the United States District Court, Newark, New Jersey.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: September 6, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk